UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PAMBELA CARTER,**

    Plaintiff,

v.                                          Case No: 5:23-cv-566-JSM-PRL

**CARDINAL GLASS INDUSTRIES, INC.,**

    **Defendant.**

___

### ORDER TO SHOW CAUSE

Defendant's motion for reconsideration (Doc. 34) is granted. **Plaintiff shall show cause** within **seven days** of the entry date of this Order: (1) why she failed to timely remit to the defendant the Court-ordered fees and costs; (2) why she has failed to provide her tax returns, the production of which was compelled; (3) why sanctions, including attorney's fees and costs, should not be awarded for her failure to produce those documents; and (4) why sanctions, including attorney's fees and costs, should not be imposed for the defendant's efforts to seek her compliance.

**DONE** and **ORDERED** in Ocala, Florida on June 26, 2024.

*/s/ Philip R. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties