# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| **PAMBELA CARTER,** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **CARDINAL GLASS INDUSTRIES, INC.,** <br><br> **DEFENDANTS.** | **Case No.: 5:23-CV-566-JSM-PRL** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pambela Carter and Defendant Cardinal Glass Industries, Inc, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby file this Joint Stipulation of Dismissal with Prejudice as to all defendants in the above referenced matter.

Dated: February 3, 2025

Respectfully submitted,

/s/: *Jason Tenenbaum*
Jason Tenenbaum, Esq.
Florida Bar No.: 0670200
Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd, 10th Floor.
Coral Gables, FL 33134
PH: (305) 402-9529
jason@tenenbaumlawgroup.com
*Attorneys for Plaintiff*

/s/: *Bryan Morben*
Bryan J. Morben, Esq.
FREDRICKSON & BYRON, P.A>
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
PH: (612) 492-7000
bmorben@fredlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jason Tenenbaum, Esq.*